SUNDEEN SALINAS & PYLE
Hunter Pyle (SBN 191125)
Chad Saunders (SBN 257810)
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile:  (510) 663-9241
Email(s): hpyle@ssrplaw.com; csaunders@ssrplaw.com

*Attorneys for Plaintiff*
Jay Wisner

BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY WISNER,<br><br>              Plaintiff,<br><br>      v.<br><br>SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC,<br><br>              Defendants. | Case No.: 2:16-cv-02802-MCE-AC<br><br>**STIPULATION OF DIMISSAL** |

**1**        Case No. 2:16-cv-02802-MCE-AC
STIPULATION OF DIMISSAL

1 | It is stipulated by the parties that this action is voluntarily dismissed with
2 | prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
3 |
4 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
5 | DATED:  March 23, 2017         /s/ Chad Saunders
6 |                                                      Attorney for Plaintiffs
7 |
8 |
9 | DATED:  March 23, 2017         /s/ Caroline P. Donelan
10 |                                                    Attorney for Defendants
11 |                                                    (As authorized on 2/22/17; L.R. 131(e))
12 |
13 |
14 | **ORDER**
15 | Pursuant to the stipulation of the parties, this action is hereby DISMISSED
16 | with prejudice.
17 | IT IS SO ORDERED.
18 | Dated:  March 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE